# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-01029 SJO: | Date | July 30, 2018 |
| Title | Kenneth Washington, Petitioner v. U.S.A., Respondent, Criminal case number CR 14-00338 SJO | | |

| Present: The Honorable | JAMES OTERO, Judge presiding |
|---|---|

| Victor Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **IN CHAMBERS**

The Court is in receipt of Petitioner Kenneth Washington's ("Petitioner") Motion to Extend Filing Deadline for Reply ("Motion"), filed July 26, 2018. Good cause appearing, the Court GRANTS the Motion. Petitioner shall have until October 22, 2018 to file and serve a reply.

                                                                                                     :

Initials of Preparer                       vpc